STATE v. DEESE

No. 23.

Case below: 32 N.C. App. 786.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977. Appeal dismissed ex mero motu 13 June 1977.

STATE v. GAINEY

No. 138 PC.

Case below: 32 N.C. App. 682.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

STATE v. GREGORY

No. 128 PC.

Case below: 32 N.C. App. 762.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 June 1977.

STATE v. HALES

No. 121 PC.

Case below: 32 N.C. App. 729.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 May 1977.

STATE v. HARRIS

No. 150 PC.

Case below: 33 N.C. App. 239.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.